UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                       Plaintiffs,

            - against -

THE REPUBLIC OF ARGENTINA,

                       Defendant.

No. 07 Civ. 2715 (TPG)

-----------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                       Plaintiffs,

            - against -

THE REPUBLIC OF ARGENTINA,

                       Defendant.

No. 07 Civ. 11327 (TPG)

-----------------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC,

                       Plaintiff,

            - against -

THE REPUBLIC OF ARGENTINA,

                       Defendant.

No. 07 Civ. 2693 (TPG)

-----------------------------------------------------------------x  (*Captions continue on following pages*)


**JOINDER IN NML CAPITAL LTD.'S REPLY
MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION FOR DISCOVERY SANCTIONS**

3123481.1

```
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :  No.  09 Civ. 8757 (TPG)
                               Plaintiffs,                     :
                                                               :
               - against -                                     :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                               Defendant.                      :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :  No.  09 Civ. 10620 (TPG)
                               Plaintiffs,                     :
                                                               :
               - against -                                     :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                               Defendant.                      :
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                            :
and AURELIUS CAPITAL MASTER, LTD.,                             :
                                                               :  No.  10 Civ. 1602 (TPG)
                               Plaintiffs,                     :
                                                               :
               - against -                                     :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                               Defendant.                      :
---------------------------------------------------------------x :
```

```
------------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC            :
and AURELIUS CAPITAL MASTER, LTD.,             :
                                               :   No.  10 Civ. 3507 (TPG)
                          Plaintiffs,          :
                                               :
         - against -                           :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                          Defendant.           :
------------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and              :
AURELIUS OPPORTUNITIES FUND II, LLC,           :
                                               :   No.  10 Civ. 3970 (TPG)
                          Plaintiffs,          :
                                               :
         - against -                           :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                          Defendant.           :
------------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                      :
                                               :
                          Plaintiff,           :   No.  10 Civ. 4101 (TPG)
                                               :
         - against -                           :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                          Defendant.           :
------------------------------------------------------------------x :
```

3


```
-------------------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC,                    :
                                             :
                          Plaintiff,         :   No. 10 Civ. 4782 (TPG)
                                             :
            - against -                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
                                             :
-------------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and            :
AURELIUS OPPORTUNITIES FUND II, LLC,         :
                                             :   No. 10 Civ. 8339 (TPG)
                          Plaintiffs,        :
                                             :
            - against -                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
-------------------------------------------------------------------x
```

Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC (collectively, the "Aurelius Plaintiffs") hereby incorporate by reference and adopt the arguments set forth in the reply memorandum of law submitted by NML Capital, Ltd. in support of its motion for discovery sanctions in *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) *et al.*, dated July 31, 2015. For the reasons set forth therein, this Court should grant the Aurelius Plaintiffs' motion for discovery sanctions.

4

Dated: New York, New York
July 31, 2015

        Respectfully submitted,

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

        /s/ Daniel B. Rapport
        _____
        Edward A. Friedman (efriedman@fklaw.com)
        Daniel B. Rapport (drapport@fklaw.com)
        Eric J. Finkelstein (efinkelstein@fklaw.com)
        7 Times Square
        New York, NY 10036-6516
        (212) 833-1100

        *Attorneys for the Aurelius Plaintiffs*

3123481.1